IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL CRAIG COURTOIS,                          1:06-CV-00811-AWI-WMW-HC

         Petitioner,

   vs.

SHERMAN, Warden,

         Respondent.                          <u>ORDER RE TRANSFER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, is proceeding with a habeas corpus action pursuant to 28 U.S.C. § 2254.

       On June 7, 2006, petitioner filed a petition for writ of habeas corpus at the United States District Court for the Central District of California, and the case was opened as case 2:06-CV-03479-SJO-AJW.

       On June 20, 2006, the Central District transferred the case to the Northern District of California.  However, the case was inadvertently mailed to the Sacramento Division of the Eastern District of California, who then mailed it to the Fresno Division of the Eastern District of California.  The present action was opened at the Fresno Division as case 1:06-CV-00811-AWI-WMW-HC.

       Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Therefore,

good cause appearing, IT IS HEREBY ORDERED that this action is transferred  to the United

States District Court for the Northern District of California.

IT IS SO ORDERED.

**Dated:    July 25, 2006**                    _____/s/  **William M. Wunderlich**_____
bl0dc4                                                  UNITED STATES MAGISTRATE JUDGE